## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANE SHAH, | |
| Plaintiff(s), | Case No. 2:14-cv-00624-APG-NJK |
| vs. | ORDER |
| DEPARTMENT OF JUSTICE, | |
| Defendant(s). | (Docket No. 1) |

On April 29, 2014, the Court ordered that the Petition filed in this case at Docket No. 1 be sealed at least on a temporary basis as part of that petition revealed the name of Plaintiff's alleged sexual assault victim. *See* Docket No. 6. Plaintiff filed a response representing to the Court that the alleged sexual assault victim's name is publicly identified in the state court proceeding. *See* Docket No. 7. Based on the representations of Plaintiff's counsel, the Court hereby **INSTRUCTS** the Clerk's Office to unseal the Petition at Docket No. 1.

IT IS SO ORDERED.

DATED: May 29, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge